SEALED FILED

FEB 2 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1 | LAWRENCE G. BROWN
    Acting United States Attorney
2 | ROBIN R. TAYLOR
    Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
    Sacramento, California  95814
4 | Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| 21 Natoma Street, Suite 110, | ) | Misc no. 209-SW-0055 |
| Folsom, California | ) | |
| | ) | ORDER |
| [sealed] | ) | |

For the reasons set forth in the declaration of Gregory Robins, the Court hereby orders that: the affidavit to Search Warrant, the relevant face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, are sealed. They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED: 2/24, 2009

_____
HON. KIMBERLY MUELLER
U.S. Magistrate Judge

4